IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TROY ALAN STILLS, #02058824 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18cv416 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DENYING DEFAULT JUDGMENT

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Kimberley C. Priest Johnson. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court.

It is therefore **ORDERED** that Petitioner's Motion Requesting Default/Summary Judgment (Dkt. #18) is **DENIED**.

**SIGNED this 20th day of November, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE